# United States Bankruptcy Court, District of Rhode Island

## Proceeding Memorandum / Order of Court

In Re: **Colonial Mills**  Case Number: **25-10286**  Ch: **11**

**MOVANT/APPLICANT/PARTIES:**

Debtor's Objection to The United States Trustee's Motion For An Expedited Hearing Seeking Conversion To Chapter 7 Or Dismissal (Doc. #92) ("Objection")

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

1. Debtor's counsel have only themselves to blame for the rescheduling of their respective applications to be engaged. The filing of their supplements to their engagement applications (Doc. #89, 90) is untimely, and under L.B.R. 9013-2(b)(4) could have been automatically terminated. Instead, the Court rescheduled the hearing on the the engagement applications, thereby not requiring the timely refiling of these supplements and affording the United States Trustee sufficient time to review them and respond. Debtor's request to consider the applications to engage counsel at the hearing tomorrow, July 2, 2025, is DENIED.

2. Debtor's Objection is untimely and also violates L.B.R. 9013-2(b)(4). Accordingly, at the July 2, 2025 hearing, the Court will consider whether the Objection should be terminated in accordance with this rule.

IT IS SO ORDERED:

_Diane Finkle_    Dated: 7/1/25

Diane Finkle, U.S. Bankruptcy Judge