UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | Colonial Mills, Inc., | Chapter: 7 |
| | Debtor | Case No: 25-10286 |
| | | Judge Diane Finkle |

## NOTICE & CERTIFICATE OF APPOINTMENT OF INTERIM TRUSTEE AND FIXING OF BOND

Pursuant to 11 U.S.C. § 701(a)(1)

David B. Madoff
David B. Madoff, Trustee
Madoff & Khoury LLP
Pine Brook Office Park 124 Washington Street, Suite 202
Foxboro, MA 02035

is hereby appointed as Interim Trustee in the above−referenced proceeding and is designated to preside at the meeting of creditors. The Trustee's bond is fixed under the general blanket bond heretofore approved. The Trustee shall notify the United States Trustee immediately in the event that the liquid assets exceed $1,000,000.

Pursuant to FRBP 2008 the Trustee will be deemed to have accepted this appointment unless it is rejected within five (5) days of receipt of this notice. Unless another trustee is elected the Interim Trustee appointed herein shall serve as Trustee without further appointment as provided by 11 U.S.C. § 702(d).

Date: 07/03/2025                                                William K. Harrington
                                                                U.S. Trustee
                                                                (401) 528-5551

Original filed with Bankruptcy Court
Copy to trustee

**REJECTION**

I, David B. Madoff, hereby REJECT appointment as Trustee.
Dated: This day of _____.

                                                                David B. Madoff

Original filed with Bankruptcy Court
Copy to United States Trustee

# **CERTIFICATE OF SERVICE**

I certify that on July 03, 2025, I electronically filed the foregoing in the above-captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants are scheduled to receive notice electronically:

Vincent A. Indeglia, on behalf of the Debtor
Vincent@indeglialaw.com

Russell D. Raskin, on behalf of the Debtor
mail@raskinberman.com

David B. Madoff, Subchapter V Trustee
alston@mandkllp.com, MA28@ecfcbis.com

Robert D. Wieck, on behalf of Bank Rhode Island
rwieck@wdglaw.com

Theofore Orson, Temporary Receiver of Scarlata Enterprises, LLC
torson@orsonandbrusini.com

Scott DeMello and Michael Lepizzera, Jr., on behalf of Pamela Mello and Gregg Scarlata
SDemello@LepLap.com, mlepizzera@leplap.com

Patrick John McDonald IV, on behalf of Ronile, Inc.
pmcdonald@rcfp.com

Jennifer Leigh Sylvia, on behalf of Small Business Loan Fund Corporation
jsylvia@marlawri.com

Lisa M. Kresge, on behalf of BankFive
lkresge@bskllp.com

Patricia Antonelli, on behalf of Beacon Mutual Insurance Company
pantonelli@demerlepc.com

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE,
REGION 1,

By: */s/ Jacqueline F. Dagle*
Jacqueline F. Dagle BBO#712288
Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor
Boston, MA 02109-3934
Phone: (202) 341-9563
Jacqueline.F.Dagle@usdoj.gov

Dated: July 3, 2025