# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF RHODE ISLAND

In re:

COLONIAL MILLS, INC.(ch11)

Chapter 11 (SubChapter V)
Case No. 25-10286

Debtor(s)

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *David B. Madoff*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  The case was dismissed (or converted, as applicable) with no plan confirmed and no plan payments made to the trustee.  I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal (or conversion, as applicable).  I request that I be discharged from any further duties as trustee.


Date: 10/2/2025                    By: /s/ David B. Madoff
                                           Trustee


STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**