# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF RHODE ISLAND

In re:

COLONIAL MILLS, INC.,
              Debtor.

Chapter  7
B.K. No.: 1:25-bk-10286

## TRUSTEE'S STATUS REPORT AND NOTICE OF SALE

David B. Madoff (the "Trustee"), the Chapter 7 Trustee of Colonial Mills, Inc. (the "Debtor") states that, on October 22, 2025, he completed the sale to RR International, LLC (the "Buyer"), all of the right, title and interest of the Debtor and the Debtor's bankruptcy estate in and to substantially all of the Debtor's business assets, excluding the Debtor's cash and receivables (the "Property"), free and clear of all liens, claims, encumbrances and interests, for the price of $760,000, pursuant to this Court's Order approving the sale, dated September 22, 2025.

Respectfully submitted this 22nd day of October 2025.

DAVID B. MADOFF, Chapter 7 Trustee

/s/ David B. Madoff
David B. Madoff (MA BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts 02035
(508) 543-0040
madoff@mandkllp.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

COLONIAL MILLS, INC.,
                    Debtor.

Chapter  7
B.K. No.: 1:25-bk-10286

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2025, he caused copies of the

foregoing Sale Motion to be served by United States first class mail, postage prepaid or by ECF,

upon the following parties:

## SERVICE LIST

Patricia Antonelli
pantonelli@demerlepc.com  acarlow@smsllaw.com

Jacqueline F. Dagle
jacqueline.f.dagle@usdoj.gov

Scott K. DeMello
sdemello@leplap.com lcapuano@leplap.com

Erich N Durlacher
edurlacher@burr.com  brobinson@burr.com

Rachel Hamilton
rhamilton@marlawri.com

Vincent A. Indeglia
Vincent@indeglialaw.com LOIS.VERRIA@INDEGLIALAW.COM
JESSICA.MARSH@INDEGLIALAW.COM MELISSA.MADDEN@INDEGLIALAW.COM

Lisa M. Kresge
lkresge@bskllp.com  jlawson@brcsm.com

Michael Lepizzera
mlepizzera@leplap.com

2

Elizabeth A. Lonardo
elonardo@alftlaw.com

Patrick John McDonald
pmcdonald@hinshawlaw.com  EArmanno@hinshawlaw.com

Sandra Nicholls
sandra.nicholls@usdoj.gov ustpregion01.pr.ecf@usdoj.gov

Theodore Orson
torson@orsonandbrusini.com  tpecchia@orsonandbrusini.com

Russell D. Raskin
mail@raskinberman.com  russell@raskinberman.com raskinrr87989@notify.bestcase.com

Jennifer Leigh Sylvia
jsylvia@marlawri.com

Robert D. Wieck (counsel to Bank of Rhode Island)
rwieck@wdglaw.com  mdaugherty@wdglaw.com

Respectfully submitted this 22nd day of October 2025.

/s/ David B. Madoff
David B. Madoff (BBO#552968)